JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Issac Ford<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>University of Southern California, Inc. et al<br><br>　　　　　　Defendants. | Case No.  CV 16-00684-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  June 23, 2016      _____
　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.